UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD OTIS,

    *Plaintiff*,

v.

U-HAUL CORPORATION, *et al.*,

    *Defendants*.

Civil Action No. 24 - 3640 (LLA)

**ORDER**

Plaintiff Richard Otis, proceeding pro se, brought this civil action against U-Haul Corporation, U-Haul Holding Company, and Joe Schoen. ECF No. 1. On January 8, 2025, the court issued an order directing Mr. Otis to "submit summonses to the court for the Deputy Clerk's signature, cause process to be served upon Defendants . . . , and file proof of service with the court or establish good cause for failure to do so" on or before March 13, 2025. ECF No. 2, at 2. The order further warned that, pursuant to Local Civil Rule 5.1(c)(1), "[f]ailure to do so may result in the dismissal of the case." *Id.* While Mr. Otis provided summonses to the court, ECF No. 3, he has not filed proof of service. *See generally* Docket. Accordingly, it is hereby **ORDERED** that the case is **DISMISSED** without prejudice.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

*[signature]*

LOREN L. ALIKHAN
United States District Judge

Date:   April 15, 2025